UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO:  5:07-M- **1093**

**FILED**

FEB **1 5** 2007

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES OF AMERICA          }
                                  }
          V.                      } CRIMINAL INFORMATION
                                  }
CARLA K. WELCH                    }
Fayetteville, NC   28308          }

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about 27 November 2006, on the Fort Bragg
Military Reservation, an area within the special maritime and
territorial jurisdiction of the United States and within the
Eastern District of North Carolina, CARLA K. WELCH, did operate a
motor vehicle upon a street, highway, or public vehicular area
while under the influence of an impairing substance and/or after
having consumed sufficient alcohol that she had, at a relevant
time after driving, a blood alcohol concentration of 0.08% or
more; in violation of Title 18, United States Code, Section 13,
assimilating North Carolina General Statute 20-138.1.

GEORGE E. B. HOLDING
UNITED STATES ATTORNEY
BY:_____
    JOHN V. RODRIGUEZ
    Special Assistant United States
        Attorney
    XVIII Airborne Corps & Ft Bragg
    Fort Bragg, NC   28310
    (910) 396-1221/1222