UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-m-1093-1

UNITED STATES OF AMERICA )
)
)
VS. )            O R D E R
)
)
Caela K Welch )

Defendant having demonstrated eligibility for appointment of counsel at government expense, the Federal Public Defender is directed to provide representation in this action.

The Court further determines that the defendant is unable to pay the fees of any witness and, pursuant to 17(b), F.R.Cr.P., the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges.

It is **FURTHER ORDERED** that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Federal Rules of Criminal Procedure 17(b) and the May 26, 1987 Standing Order of this Court filed in the Miscellaneous Order Book #4, at page 115.

SO ORDERED this ___13th___ day of ___March___ 2006

UNITED STATES MAGISTRATE JUDGE