UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-M-1093

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CAELA K. WELCH | NOTICE OF APPEARANCE |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

Furthermore, by filing of this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

JOHN V. RODRIGUEZ
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Federal Litigation Section
XVIII Airborne Corps & Fort Bragg
Fort Bragg, North Carolina 28307-5000

by electronically filing the foregoing with the Clerk of Court on March 20, 2007, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 20th day of March, 2007.

                      THOMAS P. McNAMARA
                      Federal Public Defender

                      ***/s/ James E. Todd, Jr.***
                      JAMES E. TODD, JR.
                      Assistant Federal Public Defender
                      Attorney for Defendant
                      Office of the Federal Public Defender
                      150 Fayetteville Street
                      Suite 450, Wachovia Capital Center
                      Raleigh, North Carolina 27601
                      Telephone: 919-856-4236
                      Fax: 919-856-4477
                      E-mail: Jay_Todd@fd.org
                      N.C. State Bar No. 28832
                      LR 57.1 Counsel
                      Appointed